1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | CASE NO. CR S 03-0547 JAM
13 | Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; ORDER
14 | v. |
15 | MIKHAIL YURKEVICH TYULKIN, |
16 | Defendant. |

17

18       An indictment was filed in this matter on December 18, 2003, charging the above-referenced

19 defendant with a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and

20 Aiding and Abetting]. An arrest warrant issued on the indictment. In the almost ten years which have

21 passed since the indictment issued, law enforcement personnel have been unable to apprehend the

22 defendant and have reason to believe he is outside the United States. Pursuant to Rule 48(a) of the

23 Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this

24 Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of

25 time, limitations of government resources, and the lack of indications the defendant will be

26 apprehended. The United States also respectfully requests that the arrest warrant be recalled.

27       ///

28       ///

   MOTION TO DISMISS                         1

| | |
|---|---|
| 1  Dated: July 24, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ Philip A. Ferrari<br>PHILIP A. FERRARI<br>Assistant United States Attorney |

**O R D E R**

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant (Docket, # 14) is RECALLED.

**SO ORDERED:**

DATED: 7/24/2013  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE